Form 210A (10/06)

FILED
OCT 19 2009
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

# United States Bankruptcy Court

_Middle_ District of _Florida_

In re _William Zaun_,   Case No. _09-10928-B_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Great Lakes Higher Education Guaranty Corp | Student Loan Xpress |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Attention: Claims
2401 International Lane
Madison, WI 53704

Phone: 608-246-1800
Last Four Digits of Acct #: _2281_

Court Claim # (if known): _____
Amount of Claim: $ _7,469.33_
Date Claim Filed: _8-21-09_

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: _10/9/09_
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.