**[6NOT13a]** [Notice to Transferor/Transferee]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:   Case No. 6:09−bk−10928−ABB
Chapter 13

William Zaun Jr.
1868 Spruce Creek Blvd East
Port Orange, FL 32128

Sylvia Zaun
1868 Spruce Creek Blvd East
Port Orange, FL 32128

_____Debtor(s)_____/

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FED. R. BANKR. P. 3001(e)

   Pursuant to Fed. R. Bankr. P. 3001(e), you are hereby advised that there has been a transfer of a proof of claim filed in this office.

   The affected claim number 15 in the amount of $7469.22 filed by Student Loan Xpress (the "transferor") is transferred to Great Lakes Guaranty Corp (the "transferee") at Attn: Claims, 2401 International Lane, Madison, WI 53704 .

   You are required to notify the Court in writing if you have any objection to this claim being substituted for claim number 15 . Under certain circumstances the transferor or the transferee may have the right to join in the claim and if so, the claims will be consolidated. Failure to file a request to join in the claim forfeits this right. Should you fail to make a timely objection to this claim transfer, the transferred claim will be substituted for claim number 15.

   ***NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING***

   Pursuant to Local Rule 2002−4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty (20) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 135 West Central Boulevard, Suite 950, Orlando, FL 32801, and serve a copy on the transferee.

   If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice and hearing, and may grant the relief requested.

   DATED on October 22, 2009

FOR THE COURT
Lee Ann Bennett, Clerk of Court
135 West Central Boulevard Suite 950
Orlando, FL 32801