**IN THE BANKRUPTCY COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF FL**ORLANDO**

| | |
|---|---|
| **IN THE MATTER OF: ZAUN, WILLIAM** | **BANKRUPTCY CASE NO. 0910928** |
| **SSN: ###-##-2281** | **POC AMOUNT: $7,469.22** |

**NOTICE OF ASSIGNMENT OF CLAIM**
**AND**
**TRANSFEREE NOTICE OF TRANSFER**
**OF PAYMENTS**

Educational Credit Management Corporation (ECMC), the "Transferee", does hereby give notice to the Court that it has accepted assignment and transfer of the student loan(s) included in the claim for the above-referenced debtor from the GREAT LAKES HIGHER EDUCATION CORPORATION.

Please direct all future payments and correspondence as follows:

| **Correspondence:** | **Payments:** |
|---|---|
| ECMC | ECMC |
| PO Box 75906 | Lockbox 8682 |
| St. Paul, MN 55175 | P.O. Box 75848 |
| | St. Paul, MN  55175-0848 |

Pursuant to the attached Assignment from GREAT LAKES HIGHER EDUCATION CORPORATION, the Transferor, notification and hearing has been waived with respect to this Notice of Assignment of Claim to ECMC pursuant to Bankruptcy Rule 3001.

EDUCATIONAL CREDIT MANAGEMENT CORPORATION

By: /s/  Johnson, Annetta                                           12/3/2009
ECMC Representative                                                  Date

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT __MIDDLE__ DISTRICT OF __FLORIDA__ | PROOF OF CLAIM |
|---|---|

Name of Debtor: WILLIAM ZAUN JR
SYLVIA ZAUN

Case Number: 6:09-bk-10928-ABB

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Student Loan Xpress, Inc.

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
CLAIMS DEPARTMENT
Education Loan Servicing Corporation
1500 West 3rd Ave., Suite 125
Cleveland, Ohio 44113
Telephone number:
216-706-7400

Court Claim Number: ___
*(If known)*

Filed on _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 7469.22 , plus interest from and after 7/29/2009 (the petition date)

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges

2. **Basis for Claim:** money-loaned – nondischargeable student loan
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 2281

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate     ☐ Motor Vehicle     ☐ Other
Describe:

Value of Property:$ _____ Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7. **Documents:** Attached redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attached redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain.

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__).

Amount entitled to priority:
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 8/21/09

Signature:
/s/ Jennifer Maffett, attorney and agent for Student Loan Xpress, Inc.

FOR COURT USE ONLY

510795.1    *Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Form 210A (10/06)

# United States Bankruptcy Court

_Middle_ District Of _Florida_

In re _William Zaun_,   Case No. _09-10928_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Great Lakes Higher Education Guaranty Corp | _Student Loan Xpress_ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Attention: Claims
2401 International Lane
Madison, WI 53704

Phone: 608-246-1800
Last Four Digits of Acct #: _2281_

Court Claim # (if known): _____
Amount of Claim: $ _7,969.22_
Date Claim Filed: _8-21-09_

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_  Date: _10/9/09_
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**GREAT LAKES**

Date: 10-16-2009

#BWNKPXF

Rich Lentsch
ECMC
American Bank Building
101 East 5th Street Suite 2400
ST PAUL MN 55101

RE: Bankruptcy Transfers
Batch: 2009-10-16-22.42.44.951688

Dear Rich Lentsch:

The Great Lakes Higher Education Guaranty Corporation hereby assigns to the Educational Credit Management Corporation (ECMC) its rights, title, and interest in those student loans in the enclosure to this letter.

Great Lakes Higher Education Guaranty Corporation specifically waives notification and any hearing with respect to the assignment of claim by ECMC pursuant to Bankruptcy Rule 3001.

If you have any questions, please contact our Bankruptcy Specialist.

Mary Yade
Bankruptcy Specialist